# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION AT KNOXVILLE

IN RE:

**CODY MARK JOHNSON**
**KACEY JANELLE JOHNSON**

Case No. **3:18-bk-30156-SHB**
Chapter 7

Debtors.

**MICHAEL H. FITZPATRICK, TRUSTEE,**

Plaintiff,

vs.

Adversary Proceeding No. **3:18-ap-03022-SHB**

**WADE JOHNSON**
**MELBA JOHNSON**

Defendants.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Court
William T. Magill, Clerk
Howard H. Baker, Jr., U.S. Courthouse Building
800 Market Street, Suite 330
Knoxville, TN 37902 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Ryan E. Jarrard
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
865-524-1873 ext. 232
rej@qcflaw.com |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

William T. Magill
Clerk of the Bankruptcy Court

June 6, 2018
Date

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Ryan E. Jarrard, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ____ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Wade & Melba Johnson
    825 Lackey Road
    Washburn, TN 37888

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly}

☐ State Law: The defendant was served pursuant to the laws of the State of _____, _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____  _____
    *Date*      *Signature*

| Print Name | | |
|---|---|---|
| Ryan E. Jarrard | | |
| Business Address | | |
| 2121 First Tennessee Plaza | | |
| City | State | Zip |
| Knoxville | TN | 37929-2121 |